**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Maria De Los Angeles OTHON,
Defendant—Appellant.**

No. 04–50144.

United States Court of Appeals,
Ninth Circuit.

---

*ed States v. Pimentel–Flores,* 339 F.3d 959, 967 (9th Cir.2003) (using plain error review,

Submitted March 8, 2005.*

Decided May 4, 2005.

Robert Stuart, USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff—Appellee.

Todd Burns, FDSD–Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant—Appellant.

instead of de novo review, because the defendant did not object below).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: WARDLAW, PAEZ, Circuit Judges, and BEISTLINE,** District Judge.

### MEMORANDUM ***

Maria de Los Angeles Othon was convicted for transporting an illegal alien within the United States in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), (v)(II), and (a)(1)(B)(iv). She alleges that the district court erred when it denied her pretrial motion to dismiss the indictment or suppress her confession for pre-arraignment delay in violation of Federal Rule of Criminal Procedure 5(a) and 18 U.S.C. § 3501. We have jurisdiction pursuant to 28 U.S.C. § 1921, and we affirm.

We conclude that the district court did not err in finding that there was no unreasonable delay from Othon's arrest to her arraignment. *United States v. Ramirez–Lopez*, 315 F.3d 1143, 1151 (9th Cir.2003). "In the circumstances of this case, which included providing [Othon with] medical treatment, the delay was neither unreasonable nor contrary to public policy." *United States v. Matus–Leva*, 311 F.3d 1214, 1217 (9th Cir.2002); *see also United States v. George*, 987 F.2d 1428, 1431 (9th Cir. 1993) ("A delay caused by medical necessity does not violate Rule 5(a)."). Furthermore, no evidence suggests that the agents "prolonged the process in order to obtain a confession," or delayed the appearance for "any improper purpose." *United States v. Padilla–Mendoza*, 157 F.2d 730, 732 (9th Cir.1998). Thus, the district court properly denied Othon's motion to dismiss the indictment or to suppress her inculpatory

** The Honorable Ralph R. Beistline, United States District Judge for the District of Alaska, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

statements under Federal Rule of Criminal Procedure 5(a) and 18 U.S.C. § 3501.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.